UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD LUCKETT,<br>　　　　　Petitioner,<br>　　v.<br>O'BRIAN BAILEY,<br>　　　　　Respondent. | Case No. 25-cv-03449-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this petition for a writ of habeas corpus. Judgment is entered in favor of Respondent and against Petitioner. The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/16/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge